IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 1:07-cr-00029-MP-AK

JIMMY MCGRUDER, JR.,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 28, Motion to Continue Sentencing, filed by Defendant McGruder. A telephone hearing on this motion was held on Wednesday, March 26, 2008. In his motion, Defendant states that he is currently cooperating with the Government pursuant to his plea agreement. In order to allow the Government to review his cooperation, Defendant requests that his sentencing hearing, currently scheduled for March 27, 2008, be continued. The Government did not object to the requested continuance. Therefore, after considering the matter, the Court grants Defendant's motion. Accordingly, sentencing in this case is continued to Friday, May 16, 2008, at 10:00 a.m.

    **DONE AND ORDERED** this   *27th* day of March, 2008

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge